UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| JOY R. WHIPPLE, M.D.<br><br>                    Plaintiff,<br><br>v.<br><br>UNUM GROUP CORPORATION, d/b/a<br>Unum Life Insurance Company of America,<br><br>                    Defendant. | CIV. 10-5075<br><br>STIPULATION TO SUBSTITUTE<br>DEFENDANT/AMEND CAPTION |

It is hereby stipulated and agreed by the above named parties by and through their counsel that the Court may enter an Order to substitute as the Defendant Unum Life Insurance Company of America for the above named Defendant and the caption be amended to read:

JOY R. WHIPPLE, M.D., Plaintiff v. Unum Life Insurance Company of America

Dated this 5th day of October, 2010.

                              /s/    Lisa Hansen Marso
                              Filed Electronically
Lisa Hansen Marso
BOYCE, GREENFIELD, PASHBY & WELK, L.L.P.
101 North Phillips Avenue, Suite 600
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
lkmarso@bgpw.com
Attorneys for Defendant

Dated this 5th day of October, 2010.

                              Shiloh M. MacNally
GUNDERSON, PALMER, NELSON & ASHMORE, L.L.P.
P.O. Box 8045
Rapid City, SD 57709-8045
(605) 342-1078
smacnally@gpnalaw.com
Attorneys for Plaintiff