UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

JOY R. WHIPPLE, M.D.,             CIV. 10-5075

         Plaintiff,

vs.                            **JOINT MOTION FOR DISMISSAL**

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

         Defendant.

---

The parties hereto, through their respective attorneys of record, jointly move that the Court enter an Order that this matter may be dismissed with prejudice and without an award of costs or attorneys' fees, each party to bear their own attorneys' fees, costs and expenses.

Dated this 19th day of March, 2013.

                                       Talbot J. Wieczorek
                                       Gunderson, Palmer, Nelson & Ashmore, L.L.P.
                                       P.O. Box 8045
                                       Rapid City, SD 57709-8045
                                       Attorneys for Plaintiff

Dated this 22nd day of March, 2013.

                                       /s/    Lisa Hansen Marso
                                       Filed Electronically
                                       Lisa Hansen Marso
                                       BOYCE, GREENFIELD, PASHBY & WELK, L.L.P.
                                       P.O. Box 5015
                                       Sioux Falls, SD 57117-5015
                                       (605) 336-2424
                                       lkmarso@bgpw.com
                                       Attorneys for Defendant