UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| JOY R. WHIPPLE, M.D., | ) | CIV. 10-5075-JLV |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint motion for dismissal (Docket 89), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and with each party bearing their own attorneys' fees, costs, and expenses.

Dated March 25, 2013.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE